THE STATE OF OHIO, APPELLEE, *v.* HURSTON, APPELLANT.

[Cite as *State v. Hurston* (1998), 83 Ohio St.3d 110.]

(No. 97–2677—Submitted August 19, 1998—Decided September 16, 1998.)

*Mathias H. Heck, Jr.,* Montgomery County Prosecuting Attorney, and *Karen L. Sollars,* Assistant Prosecuting Attorney, for appellee.

*Raymond Hurston, pro se.*

The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

THE STATE OF OHIO, APPELLEE, *v.* MERRILL, APPELLANT.

[Cite as *State v. Merrill* (1998), 83 Ohio St.3d 110.]

(No. 98–441—Submitted August 19, 1998—Decided September 16, 1998.)

*Wendell R. Jones,* for appellant.

The judgment of the court of appeals is affirmed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., not participating.